**FindTheCompany** 

Home › Companies



**Precision Rings Inc.**

Indianapolis - Valves Retail Manufacturers

☆☆☆☆☆ Be the first to review

View a map of all Companies and Organizations

**Phone Number:**

📞 (317) 247-4786

**Address:**
5611 Progress Rd
Indianapolis, Indiana
46241-4332

**Website:**
precisionrings.de.com

Founded in 1950, Precision Rings Inc. is a mid-sized commercial & industrial machinery company in Indianapolis, Indiana. It has 50 full time employees and generates an estimated $7.6 million in annual revenue.

| ☰ Find Another Company | Get a business credit report |

 General Information

Company Information

> EXHIBIT 3

| | |
|---|---|
| **Organization** ⓘ | Precision Rings Inc. |
| **Industry** | Valves Retail Manufacturers |
| **Office Address** | 5611 Progress Rd<br>Indianapolis, Indiana<br>46241-4332<br>United States<br>➤ Get Directions |
| **County** ⓘ | Marion |

## Employees

| Full Name | Vanity Title | Background Check |
|---|---|---|
| Lee Crannell | Chief Executive Officer | Get Info |
| Ms. Debra Wiesjahn | Human Resources Benefits Director | Get Info |
| Mr. Richard Cuculick | Government Affairs Manager | Get Info |

## Full Contact List

| Full Name | Vanity Title |
|---|---|
| Lee Crannell | Chief Executive Officer |
| Ms. Debra Wiesjahn | |

| Full Name | Vanity Title |
|---|---|
| Full Name | Vanity Title |
| | Human Resources |

**Premium content requires login. Click here to login or register for free.**