UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PRECISION RINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WRIGHTSPEED, INC., <br><br> Defendant. | Case No. 1:15-cv-01957-SEB-DML |

## **DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Wrightspeed, Inc. ("Wrightspeed") hereby moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all three counts of Plaintiff Precision Rings, Inc.'s ("Plaintiff") complaint for failure to state a claim. Plaintiff's claim for breach of contract (Count III) fails as a matter of law because Plaintiff fails to allege any facts plausibly suggesting that Wrightspeed misused any confidential information in violation of the parties' nondisclosure agreement, and in any event the two of the three drawings referenced in plaintiff's complaint do not constitute "Confidential Information" as defined in the parties' nondisclosure agreement because plaintiff deposited them with the United States Copyright Office and they are thus available to the public. Because plaintiff fails to identify any breach of the nondisclosure agreement, plaintiff also fails as a matter of law to state a claim for injunctive relief (Count II) or declaratory judgment (Count I). Accordingly, Wrightspeed respectfully requests that this Court dismiss the entirety of Plaintiff's complaint. Defendant's Brief in Support of this Motion is filed herewith.

Dated: January 4, 2016

Respectfully submitted,

/s/ *Matthew D. Bruno*

Matthew Daniel Bruno
mbruno@k-glaw.com
KIGHTLINGER GRAY LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street

1

Indianapolis, IN 46204
Telephone: (317) 638-4521
Fax: (317) 636-5917
*Counsel for Defendant*

*Of Counsel:*

Ryan J. Marton
CA Bar No. 223979
rtmarton@tyzlaw.com
David Schumann
CA Bar No. 223936
rschumann@tyzlaw.com
Ryan Tyz
CA Bar No. 234895
rtyz@tyzlaw.com
TYZ MARTON SCHUMANN, LLP
28 2nd Street, 3rd Floor #3119
San Francisco, CA 94105
Telephone: (415) 849-3577

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, a copy of the foregoing *Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint* was filed electronically. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system.

Mark R. Alson
George Andrew Gasper
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282
george.gasper@icemiller.com
mark.alson@icemiller.com

 /s/ Matthew D. Bruno
*Counsel for Defendant*

151426\3115472-1

2